**Claude NIVINS, Appellant, v. STATE.**

No. 13883.

Court of Criminal Appeals of Texas.
Oct. 22, 1930.

W. A. McIntosh, of Memphis, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The unlawful possession of a still for the manufacture of intoxicating liquor is the offense; penalty, confinement in the penitentiary for a period of four years.

The facts heard upon the trial are not before this court. No legal questions are presented for review.

Note is taken of the fact that, in the judgment of conviction, observance was not had of the indeterminate sentence law. The judgment should have condemned the appellant to suffer confinement in the penitentiary for a period of not less than one nor more than four years. In the sentence, however, the penalty is properly entered.

The judgment is reformed and affirmed.

HAWKINS, J., absent.

**Hugh OLIVER, Appellant, v. STATE.**

No. 13714.

Court of Criminal Appeals of Texas.
Oct. 15, 1930.

C. E. Florence, of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for the unlawful manufacture of intoxicating liquor; penalty, confinement in the penitentiary for one year.

The indictment appears regular. A plea of guilty was entered. The record is before this court without statement of facts or bills of exceptions. No fundamental error has been perceived.

The judgment is affirmed.

**J. B. PARMLEY, Appellant, v. STATE.**

No. 13920.

Court of Criminal Appeals of Texas.
Oct. 22, 1930.

Ratliff & Ratliff, of Haskell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Driving an automobile while intoxicated is the offense, which is denounced by article 802, P. C. 1925; penalty, a fine of $200 and confinement in the county jail for a period of 30 days.

No facts are before this court; neither are there any legal questions presented for review.

The judgment is affirmed.

HAWKINS, J., absent.

**Earl PENN, Appellant, v. STATE.**

No. 13900.

Court of Criminal Appeals of Texas.
Oct. 15, 1930.

Shropshire & Adkins, of Brady, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Theft of sheep is the offense; penalty, confinement in the penitentiary for a period of two years.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.